UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

KHALED A. FALAH,

               Plaintiff,

    -against-

JOANNE B. BARNHART,
Commissioner of Social Security,

              Defendant.

------------------------------------X

O R D E R

05 CV 6013 (ARR)

ROSS, United States District Judge:

Schedule:

| | |
|---|---|
| Administrative record filed by | 4/23/2006 |
| Motion for Judgment on the Pleadings to be **filed** by at the latest, by (Motion may be due earlier; see below) | 6/23/2006 |

Plaintiff filed the complaint for review of an HHS decision pursuant to 42 U.S.C. § 405 on <u>December 23, 2005</u>. The parties are directed to adhere to the following policies, which the Eastern District of New York's Board of Judges has adopted for the disposition of Social Security cases.

1. Defendant shall proceed promptly to obtain the administrative record of the proceedings below, and shall file it not later than 120 days after the complaint was filed, unless an extension is granted by order of the Court on good cause shown. If defendant is unable to file the record by that date, then the Court should be notified in

1

writing by that date. Such notification should include a request for an extension which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

2. Defendant shall move for judgment on the pleadings, within 60 days after defendant receives the administrative record, or within 180 days after the filing of the Complaint, whichever is earlier. If this is not possible, the Court should be notified in writing by whichever of the above dates is earlier. Such notification should include a request for an extension which specifies a date and demonstrates good cause for the extension.

3. Plaintiff shall file any reply or cross-motion within 30 days of the filing of defendant's motion for judgment on the pleadings. If this is not possible, the Court should be notified in writing and such notifications should include a request for an extension which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

SO ORDERED:

Dated:   Brooklyn, New York
         January 23, 2006


                                         _____
                                        Allyne R. Ross
                                        United States District Judge

COPIES OF THIS ORDER WERE FORWARDED TO:

Harold Skovronsky, Esq.
1810 Avenue N
Brooklyn, NY 11230


U.S. Attorney's Office
EDNY
Civil Division
One Pierrepont Plaza
Brooklyn, NY 11201
ATTN: Jannette Rodriguez