UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

KHALED A. FALAH,
                Plaintiff,

    -against-

JOANNE B. BARNHART, Commissioner of Social
Security,
                Defendant.
------------------------------------------------------------------ X

05 CV 6013 (ARR)

ORDER

ROSS, United States District Judge:

    Plaintiff Khaled A. Falah initiated this action by complaint filed on December 23, 2005, seeking review of defendant Social Security Commissioner Barnhart's adoption of the decision of Administrative Law Judge ("ALJ") Jane Polisar denying plaintiff's request for Supplemental Security Insurance ("SSI") benefits. Defendant apparently served a notice of motion for judgment on the pleadings and supporting memorandum on plaintiff on June 22, 2006, but did not file this motion with the court until August 1, 2006.

    Plaintiff Falah is hereby ORDERED to file his response to defendant's motion with the court and serve his response on defendant's counsel by <u>September 6, 2006</u>. Plaintiff is warned that, if no response by the court on or before September 6, 2006, defendant's motion for judgment on the pleadings will be decided on the basis of the papers presently before the court.

    SO ORDERED.

                                                          _____
                                                          Allyne R. Ross
                                                          United States District Judge

Dated: August 4, 2006
        Brooklyn, New York

**Service List**:

***Plaintiff's Attorney:***
Harold Skovronsky
1810 Avenue N
Brooklyn, NY 11230

***Defendant's Attorney:***
Kimberly L. Schiro
Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278